## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sandra Short, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Billings County, et al., | ) | Case No. 1:20-cv-079 |
| | ) | |
| Defendants. | ) | |

On June 7, 2021, the undersigned convened a hearing on defendants' pending motions to dismiss and for sanctions. During the course of the hearing there was some discussion of plaintiffs' pending state case, <u>Sandra Short, et al. vs. Billings County Board of Commissioners</u>, Case No. 04-2020-CV-0015.

For the reasons discussed at the hearing, plaintiffs are directed to file with this court by June 14, 2021, copies of the pleadings along with the parties' briefs filed in plaintiffs' pending state case. Plaintiffs should file these materials as supplements to their response in opposition to defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2021.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court
